656

No. 610. LEOLES *v.* LANDERS ET AL. Appeal from the Supreme Court of Georgia. Decided December 13, 1937. *Per Curiam:* The motion of the appellees to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *Coale* v. *Pearson,* 290 U. S. 597; *Hamilton* v. *Regents,* 293 U. S. 245, 261, 262. *Messrs. O. R. Moyle* and *Martin Conboy* for appellant. *Mr. J. C. Murphy* for appellees.

No. 620. DUTTON *v.* CALIFORNIA. Appeal from the Supreme Court of California. Decided December 13, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Carlesi* v. *New York,* 233 U. S. 51; *Moore* v. *Missouri,* 159 U. S. 673, 678; *McDonald* v. *Massachusetts,* 180 U. S. 311, 312, 313; *Graham* v. *West Virginia,* 224 U. S. 616, 623. The motion for leave to preceed further *in forma pauperis* is denied. *Mr. Charles Dutton, pro se.* No appearance for appellee.

No. 414. LEADER ET AL. *v.* APEX HOSIERY Co. On petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. Decided December 13, 1937. *Per Curiam:* Upon consideration of the return of the petitioners to the rule to show cause, the petition for writ of certiorari is granted, the decree of the Circuit Court of Appeals reversed, and the cause is remanded to the District Court with directions to vacate its decree and to dismiss the bill of complaint upon the ground that the cause is moot. *Brownlow* v. *Schwartz,* 261 U. S. 216, 217, 218; *Alejandrino* v. *Quezon,* 271 U. S. 528, 535, 536; *Bracken* v. *Securities & Exchange Comm'n,* 299 U. S. 504. *Messrs. Samuel L. Einhorn* and *Nathan Ziserman* for petitioners. *Mr. Stanley Folz* for respondent.